**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 05-1745**

—————————

JOE HILLIARD,

Plaintiff - Appellant,

versus

ANN VENEMAN, Secretary, United States
Department of Agriculture; KENNETH RENTIERS,
State Executive Director, Farm Service Agency;
HAYNES CULLER, Orangeburg County Farm Service
Agency,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg. Margaret B. Seymour, District
Judge. (CA-04-22431-5)

—————————

Submitted: February 8, 2006          Decided: February 24, 2006

—————————

Before WILKINSON, WILLIAMS, and KING, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Joe Hilliard, Appellant Pro Se. Christie Newman, OFFICE OF THE
UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joe Hilliard appeals the district court's order dismissing his civil action for failure to comply with the court's order. We have reviewed the record and find no abuse of discretion. See Ballard v. Carlson, 882 F.2d 93 (4th Cir. 1989). Accordingly, we affirm on the reasoning of the district court. See Hilliard v. Veneman, No. CA-04-22431-5 (D.S.C. June 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED